# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| Ready 4 A Change, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Sourcis, Inc., and Shahram Elli,<br><br>Defendants. | Court File No.: 2:19-cv-00143-WBS-EFB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR THEIR COUNSEL TO APPEAR AT HEARINGS BY TELEPHONE**<br><br>**DATE: May 6, 2019 and May 28, 2019**<br><br>**JUDGE: Honorable William B. Shubb** |

Defendants Sourcis, Inc. and Shahram (Ron) Elli's Request to Appear by Phone (the "Request") came before the above-entitled Court. The Court having duly considered the matter and ORDERS as follows:

-1-

[PROPOSED] ORDER

*READY 4 A CHANGE LLC V. SOURCIS, INC. ET AL.*
USDC-EASTERN DISTRICT OF CALIFORNIA
CASE NO. 2:19-cv-00143

Defendants' Motion is to appear by telephone at the May 6, 2019 at 1:30 p.m. hearing is GRANTED.

AND

Defendants' Motion to appear by telephone at the May 28, 2019 1:30 p.m. scheduling conference is granted.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated: April 23, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE