# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA --SACRAMENTO

| | |
|---|---|
| READY 4 A CHANGE,<br><br>   Plaintiff,<br><br> vs.<br><br>SOURCIS, INC, ET AL.,<br><br>   Defendants. | Case No.: 2:19-cv-00143-WBS-EFB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COUNSEL BRADLEY JOHN HADDY TO APPEAR BY TELEPHONE AT HEARINGS<br><br>Date: May 6, 2019 and May 28, 2019<br><br>Judge:  The Honorable William B. Shubb |

Plaintiff Ready 4 A Change's Request for Attorney Bradley John Haddy to Appear by Telephone came before the above-entitled Court.  The Court having duly considered the matter and ORDERS:

(Proposed) ORDER

Plaintiff's Counsel Bradley John Haddy's request to appear by telephone for the May 6, 2019 hearing, scheduled for 1:30 p.m., is GRANTED, with the understanding that attorney Benjamin Ramos will be appearing in person.

And

Plaintiff's Motion to appear by telephone at the May 28, 2019 hearing, scheduled for 1:30 p.m. is GRANTED.

The courtroom deputy shall email counsel (bjhaddy@mnesq.com) with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED:

Dated:  May 2, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

(Proposed) ORDER